STEELE LLP
John C. Steele, State Bar No. 179875
17272 Red Hill Avenue
Irvine, California 92614
Telephone: 949.222.1161
Fax:  949.221.9500
Email:  jsteele@steelellp.com

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
erroneously sued as TRUSTEE CORPS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ROSE,<br><br>Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP; TRUSTEE CORPS, and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-01691-W-KSC<br><br>[Superior Court of the State of California San Diego County, Case No. 37-2023-00032643-CU-0R-CTL]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' MOTION AND JOINDER IN MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**[Rule 12(B)(6)]**<br><br>Assigned to Hon. Thomas J. Whelan<br><br>Hearing Date: November 13, 2023<br><br>Hearing Time:<br><br>Ctrm: 3C<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)** |

The Court having considered Defendant MTC Financial Inc. dba Trustee Corps' ("Defendant") MOTION AND JOINDER IN MOTION TO DISMISS

---

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
1

1  COMPLAINT FOR FAILURE TO STATE A CLAIM ("Motion to Dismiss")
2  and having read and considered all the papers submitted, as well as the evidence,
3  arguments of counsel, and any other matters presented to the Court, hereby
4  orders as follows:
5      Defendant's Motion to Dismiss is GRANTED.  The lawsuit is dismissed
6  with prejudice.
7
8      **IT IS SO ORDERED.**
9
10
11
12  Dated: _____              _____
13                                                                        Hon. Thomas J. Whelan
14                                                                        United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28